Michael J. Lyons (CA Bar No. 202284)
Andrew J. Wu (CA Bar No. 214442)
Stacey Stillman (CA Bar No. 197459)
Dieter H. Hellmoldt (CA Bar No. 221498)
PENNIE & EDMONDS LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 493-4935
Facsimile: (650) 493-5556

Attorneys for Plaintiff,
LUMILEDS LIGHTING U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LUMILEDS LIGHTING U.S., LLC,

Plaintiff,

v.

EPISTAR CORP.,

Defendant.

CASE NO. C-02-5077 CW (PVT)

**DECLARATION OF ANDREW J. WU IN SUPPORT OF LUMILEDS LIGHTING U.S., LLC'S OPPOSITION TO EPISTAR CORPORATION'S MOTION FOR RECONSIDERATION**

Judge: The Hon. Patricia V. Trumbull

**DOCUMENT FILED UNDER SEAL**

**PURSUANT TO CIVIL L.R. 79-5**

I, Andrew J. Wu, hereby declare as follows:

1. I am an associate at the law firm of Pennie & Edmonds LLP, 3300 Hillview Avenue, Palo Alto, California 94304 (although I often work out of the firm's New York office), and a member in good standing of the Bar of the State of California. Pennie & Edmonds LLP has been retained as trial counsel for the Plaintiff Lumileds Lighting U.S., LLC, in the present action. I submit this declaration in support of Lumileds Lighting U.S., LLC's ("Lumileds") Opposition to Epistar Corporation's ("Epistar's") Motion for Reconsideration, filed concurrently herewith.

2. Attached hereto as Exhibit A is a true and correct copy of a "Purchase Agreement" dated July 10, 2000.

3. Attached hereto as Exhibit B is a true and correct copy of an "Intellectual Property Warranty" dated May 30, 2002.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Omer Salik to Michael Lyons, dated June 20, 2003, which was received by Lumileds on approximately June 24, 2003 with Epistar's first set of production documents bearing production numbers EPI00001 to EPI01024. Reference in Exhibit C to "EPI10124" is a typographic error and should read "EPI01024."

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of the July 11, 2003 hearing before Judge Wilken on Lumileds' Motion for Judgment on the Pleadings and Epistar's Motion to Amend Answer ("July 11 Transcript").

6. Attached hereto as Exhibit E is a true and correct copy of the Court's August 13, 2003 Order Consolidating Cases, Granting Lumileds' Motion for Partial Judgment on the Pleadings, and Granting Epistar Leave to File Amended Answer ("August 13 Order").

7. Attached hereto as Exhibit F is a true and correct copy of Epistar's First Amended Answer and Counterclaim For Judicial Declaration of Patent Invalidity, Unenforceability, Noninfringement, Intentional Interference With Contract, Negligent Interference With Contract, Unfair Competition (Sec. 17200 et seq.), Common Law Unfair Competition, dated September 2, 2003 ("First Amended Answer").

8. Attached hereto as Exhibit G is a true and correct copy of the Court's November 12, 2003 Order Granting Epistar Corporation's Motion for Leave to File Motion for Reconsideration and Taking Lumileds' Motion to Dismiss The Second Through Fifth Counterclaims of Epistar's Amended Complaint Under Submission ("November 12 Order").

9. Attached hereto as Exhibit H is a true and correct copy of a document produced by Epistar, bearing production number EPI00388. A copy of this document without such production number was attached as Exhibit 10 to the Declaration of Michelle C. Kim in Support of Epistar Corporation's Motion for Leave to File Motion for Reconsideration Under Fed. R. Civ. P. 59(e) or Civil L.R. 7-9 ("Kim Declaration"), filed August 22, 2003.

10. Attached hereto as Exhibit I is a true and correct copy of a document produced by Epistar, bearing production number EPI00369. A copy of this document without such production number was attached as Exhibit 6 to the Kim Declaration.

11. Attached hereto as Exhibit J is a true and correct copy of a document produced by Epistar, bearing production number EPI00373. A copy of this document without such production number was attached as Exhibit 1 to the Kim Declaration.

12. Attached hereto as Exhibit K is a true and correct copy of a document produced by Epistar, bearing production number EPI00970.

13. Attached hereto as Exhibit L is a true and correct copy of a document produced by Epistar, bearing production number EPI00972-73.

I declare under of penalty of perjury that the foregoing is true and correct.

Executed in Palo Alto, California on December 3, 2003.

Andrew J. Wu