UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 12/16/03

Court Reporter: L. Shortridge          Clerk: C. Moore

Case No: C 02-5077 CW                  Case Title: Lumileds Lighting USA vs. EPISTAR

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Andrew Wu<br>Dieter Hellmoldt | Lawrence LaPorte<br>Allan Jansen |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial        [ ] Status        [ ] Discovery

[ ] Settlement    [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [X] | 1. Defendant's Motion to Compel |
| [ ] | [ ] | |
| [ ] | [ ] | |
| [ ] | [ ] | |
| [ ] | [ ] | |

## DISPOSITION

[ ] Granted           [X] Submitted              [ ] Settled

[ ] Denied            [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

Briefing Schedule:    Opening                    Answer
                      Reply

[ ] Continued

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant        [X] Court        [ ] Court w/opinion