| | |
|---|---|
| 1 | Michael J. Lyons (CA Bar No. 202284) |
| | Andrew J. Wu (CA Bar No. 214442) |
| 2 | Stacey E. Stillman (CA Bar No. 197459) |
| | Dieter H. Hellmoldt (CA Bar No. 221498) |
| 3 | PENNIE & EDMONDS LLP |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 493-4935 |
| 5 | Facsimile: (650) 493-5556 |
| 6 | Attorneys for Plaintiff, |
| | LUMILEDS LIGHTING U.S., LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC, | NO. C 02-05077 CW (PVT) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION PURSUANT TO CIVIL L. R. 79-5 FOR ORDER PLACING UNDER SEAL DOCUMENT FILED IN ERROR** |
| v. | |
| EPISTAR CORPORATION, | Judge: The Hon. Claudia Wilken |
| Defendant. | |

The Court having considered the papers submitted and good cause showing,

IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under seal Document Number 241, Lumileds' Opposition to Epistar's Motion for Reconsideration, filed on December 3, 2003, and the .pdf file of Document Number 241 should be deleted from the Court's on-line docket.

Dated: _____      _____
                                          Hon. Claudia Wilken
                                          United States District Judge

Copies mailed on _____, 2003 to:

Robert C. Weiss, Esq.
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025

Copies mailed on _____, 2003 to:

Michael J. Lyons, Esq.
PENNIE & EDMONDS, LLP
3300 Hillview Avenue
Palo Alto, CA 94304