| | |
|---|---|
| 1 | Robert C. Weiss (SBN 39929) |
| | Lawrence R. LaPorte (SBN 130003) |
| 2 | Omer Salik (SBN 223056) |
| | JONES DAY |
| 3 | 555 West Fifth Street, Suite 4600 |
| | Los Angeles, CA 90013-1025 |
| 4 | Telephone: (213) 489-3939 |
| | Facsimile: (213) 243-2539 |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaim Plaintiff |
| | EPISTAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LUMILEDS LIGHTING U.S., LLC,** | Case No. **C 02-5077 CW (PVT)** |
| **Plaintiff,** | **[PROPOSED] ORDER GRANTING EPISTAR CORPORATION'S OBJECTIONS TO AND REQUEST TO STRIKE LUMILEDS LIGHTING U.S., LLC'S OPENING CLAIM CONSTRUCTION BRIEF, DECLARATION OF DR. RUSSEL D. DUPUIS, EXHIBIT A TO THE DECLARATION OF DIETER HELLMOLDT AND EXHIBITS 9, 13 AND 16 TO THE DECLARATION OF ANDREW WU** |
| v. | |
| **EPISTAR CORPORATION,** | |
| **Defendant.** | |
| | **Judge:** Hon. Claudia Wilken |

1   On June 18, 2004, Epistar Corporation ("Epistar") filed its Objections to and Request to
2   Strike Lumileds Lighting U.S., LLC's ("Lumileds'") Opening Claim Construction Brief,
3   Declaration of Dr. Russel D. Dupuis in Support of Lumileds' Opening Claim Construction Brief,
4   Exhibit A to the Declaration of Deither Hellmoldt in Support of Lumileds' Opening Claim
5   Construction Brief and Exhibits 9, 13 and 16 to the Declaration of Andrew Wu in Support of
6   Lumileds' Opening Claim Construction Brief.  The Court having considered the papers filed in
7   support of and in opposition to the motion, the papers on file in this case and good cause
8   appearing,

IT IS HEREBY ORDERED that:

1. Epistar's Objections and Request to Strike is GRANTED.

2. Lumileds' Opening Claim Construction Brief is hereby stricken.

3. The Declaration of Dr. Russel D. Dupuis in Support of Lumileds' Opening Claim Construction Brief is hereby stricken.

4. Exhibit A to the Declaration of Deither Hellmoldt in Support of Lumileds' Opening Claim Construction Brief.

5. Exhibits 9, 13 and 16 to the Declaration of Andrew Wu in Support of Lumileds' Opening Claim Construction Brief are hereby stricken.

Dated: June __, 2004                    By:_____
                                            Honorable Claudia Wilken
                                            Federal District Court Judge

**PROOF OF SERVICE**

I, Omer Salik, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, Suite 4600, Los Angeles, California 90013-1025. On June 18, 2004, I served a copy of the within document(s):

> [PROPOSED] ORDER GRANTING EPISTAR CORPORATION'S OBJECTIONS TO AND REQUEST TO STRIKE LUMILEDS LIGHTING U.S., LLC'S OPENING CLAIM CONSTRUCTION BRIEF, DECLARATION OF DR. RUSSELL D. DUPUIS, EXHIBIT A TO DECLARATION OF DIETER HELLMOLDT, AND EXHIBITS 9, 13 AND 16 TO DECLARATION OF ANDREW J. WU

☒ by transmitting via email the document(s) listed above to the email addresses set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

> Michael J. Lyons, Esq.
> Andrew J. Wu, Esq.
> Deiter H. Hellmoldt
> MORGAN, LEWIS & BOCKIUS
> 3300 Hillview Avenue
> Palo Alto, CA 94304
> mlyons@morganlewis.com, awu@morganlewis.com, dhellmoldt@morganlewis.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 18th day of June 2004, at Los Angeles, California.

By: /s/ Omer Salik
Omer Salik

LAI-2114909v1                                        [Proposed] Order C 02-5077 CW (PVT)